# EXHIBIT A



STATE OF NORTH CAROLINA FILED IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG 07 FEB 20 AM 11:44
07-CVS-3344

MECKLENBURG CO., C.S.C.

| | |
|---|---|
| RUTHERFORD CALVIN BRYSON, JR., ) | |
| ) | |
| Plaintiff, ) | APPLICATION AND |
| v. ) | ORDER TO EXTEND TIME TO FILE |
| ) | COMPLAINT |
| FIDELITY INFORMATION ) | [N.C. Gen. Stat. 1A-1, Rule 3] |
| SERVICES, INC.; FIDELITY ) | |
| NATIONAL FINANCIAL, INC.; ) | |
| FIDELITY NATIONAL ) | |
| MANAGEMENT SERVICES, LLC; ) | |
| FIS MANAGEMENT SERVICES, ) | |
| LLC; FRANK R. SANCHEZ; GREG ) | |
| BYERLY; and FELIX MITCHELL, ) | |
| ) | |
| Defendants. ) | |

Plaintiff Rutherford Calvin Bryson, Jr. ("Plaintiff"), applies pursuant to Rule 3(a) of the North Carolina Rules of Civil Procedure for an extension of time to file his complaint within twenty (20) days.

1. Plaintiff is an adult resident of Charlotte, Mecklenburg County, North Carolina.

2. Defendant Fidelity Information Services, Inc., is an Arizona corporation having its principal office in Jacksonville, Florida.

3. Defendant Fidelity National Financial, Inc., is a Delaware corporation having its principal office in Jacksonville, Florida.

4. Defendant Fidelity National Management Services, LLC, is a Delaware limited liability company having it principal office in Jacksonville, Florida.

5. Defendant FIS Management Services, LLC, is a Delaware limited liability company having its principal office in Jacksonville, Florida.

6. Defendant Frank R. Sanchez is a resident of Florida.

7. Defendant Greg Byerly is a resident of Jacksonville, Florida.

8. Defendant Felix Mitchell is a resident of Florida.

9. The nature and purpose of this action is to recover from Defendants compensatory, liquidated and punitive damages, interest, and expenses, including attorney's fees, for violations of the North Carolina Wage and Hour Act, breach of contract, and wrongful discharge in contravention of the public policy of the State of North Carolina.

**WHEREFORE,** Plaintiff Rutherford Calvin Bryson, Jr., respectfully requests an order stating the nature and purpose of this action and granting an extension of time to file his complaint within twenty (20) days.

This the 20th day of February, 2007.

JAMES, McELROY & DIEHL, P.A.

By: /s/ William K. Diehl, Jr.
William K. Diehl, Jr.
Jared E. Gardner
600 South College Street
Charlotte, NC 28202
Telephone: 704.372.9870
Telecopy: 704.333.5508

# ORDER

**THIS CAUSE** coming on to be heard and being heard before the undersigned Assistant Clerk of Superior Court on Plaintiff's Application to Extend Time to File Complaint pursuant to Rule 3 of the North Carolina Rules of Civil Procedure; and it appearing to the Court that the Application should be allowed;

IT IS THEREFORE, **ORDERED, ADJUDGED AND DECREED** that the nature and purpose of this action is to recover from Defendants compensatory, liquidated and punitive damages, interest, and expenses, including attorney's fees, for violations of the North Carolina Wage and Hour Act, breach of contract, and wrongful discharge in contravention of the public policy of the State of North Carolina., and that Plaintiff may file his complaint within twenty (20) days.

This the 20th day of February, 2007.

*[Signature]*
Clerk of Superior Court
Mecklenburg County, North Carolina

*FILED 07 FEB 20 AM 10:45 MECKLENBURG CO., N.C.*