# EXHIBIT B

# STATE OF NORTH CAROLINA

MECKLENBURG County

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| Name Of Plaintiff | |
|---|---|
| RUTHERFORD CALVIN BRYSON, JR. | **CIVIL SUMMONS TO BE SERVED WITH ORDER EXTENDING TIME TO FILE COMPLAINT** |
| VERSUS | |
| Name Of Defendant(s) | |
| FIDELITY INFORMATION SERVICES, INC., ET AL. | G.S. 1A-1, Rule 4 |

| TO: | TO: |
|---|---|
| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
| Fidelity Information Services, Inc.<br>c/o CT Corporation System<br>225 Hillsborough Street<br>Raleigh, North Carolina 27603 | |

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or the plaintiff's attorney within thirty (30) days after you have been served with the complaint as authorized in the attached order. You may serve your answer by delivering a copy to the plaintiff or the plaintiff's attorney or by mailing a copy to one of them at his/her last known address.

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff) | Date 2/20/07 | Time 11:52 | ☒ AM ☐ PM |
|---|---|---|---|
| William K. Diehl, Jr.<br>James, McElroy & Diehl, P.A.<br>600 S. College Street, Suite 300<br>Charlotte, NC 28202 | Signature<br>☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |

AOC-CV-102, Rev. 3/98
© 1998 Administrative Office of the Courts

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the Order were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
|  | FIDELITY INFORMATION SERVICES, INC. |

☐ By delivering to the defendant named above a copy of this Summons and Order.

☐ By leaving a copy of this Summons and Order at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of this Summons and Order to the person named below.

Name And Address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Service Accepted By Defendant

| Date Accepted | Signature |
|---|---|

☐ Other Manner Of Service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of this Summons and Order.

☐ By leaving a copy of this Summons and Order at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of this Summons and Order to the person named below.

Name And Address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Service Accepted By Defendant

| Date Accepted | Signature |
|---|---|

☐ Other Manner Of Service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Date Received | Name Of Sheriff |
|---|---|---|
| Paid By | Date Of Return | County |
|  |  | Deputy Sheriff Making Return |

AOC-CV-102, Side Two, Rev. 3/98
© 1998 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

MECKLENBURG County

File No. 07CVS

Film No.

In The General Court Of Justice
☐ District ☒ Superior Court Division

**Name Of Plaintiff**
RUTHERFORD CALVIN BRYSON, JR.

**VERSUS**

**Name Of Defendant(s)**
FIDELITY INFORMATION SERVICES, INC., ET AL.

**CIVIL SUMMONS
TO BE SERVED WITH
ORDER EXTENDING
TIME TO FILE COMPLAINT**
G.S. 1A-1, Rule 4

**TO:**
**Name And Address Of Defendant 1**
Fidelity National Financial, Inc.
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

**TO:**
**Name And Address Of Defendant 2**

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or the plaintiff's attorney within thirty (30) days after you have been served with the complaint as authorized in the attached order. You may serve your answer by delivering a copy to the plaintiff or the plaintiff's attorney or by mailing a copy to one of them at his/her last known address.

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)**
William K. Diehl, Jr.
James, McElroy & Diehl, P.A.
600 S. College Street, Suite 300
Charlotte, NC 28202

Date: 2/20/07
Time: 11:52 ☒ AM ☐ PM
Signature: [signature]
☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

AOC-CV-102, Rev. 3/98
© 1998 Administrative Office of the Courts

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the Order were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
|  | FIDELITY NATIONAL FINANCIAL, INC. |

☐ By delivering to the defendant named above a copy of this Summons and Order.

☐ By leaving a copy of this Summons and Order at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of this Summons and Order to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Service Accepted By Defendant

| Date Accepted | Signature |
|---|---|

☐ Other Manner Of Service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of this Summons and Order.

☐ By leaving a copy of this Summons and Order at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of this Summons and Order to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Service Accepted By Defendant

| Date Accepted | Signature |
|---|---|

☐ Other Manner Of Service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Date Received | Name Of Sheriff |
|---|---|---|
| Paid By | Date Of Return | County |
|  |  | Deputy Sheriff Making Return |

AOC-CV-102, Side Two, Rev. 3/98
© 1998 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | | File No. 07CVS | |
|---|---|---|---|
| MECKLENBURG County | | Film No. | |
| | | In The General Court Of Justice ☐ District ☒ Superior Court Division | |
| Name Of Plaintiff<br>RUTHERFORD CALVIN BRYSON, JR. | | **CIVIL SUMMONS<br>TO BE SERVED WITH<br>ORDER EXTENDING<br>TIME TO FILE COMPLAINT**<br>G.S. 1A-1, Rule 4 | |
| **VERSUS** | | | |
| Name Of Defendant(s)<br>FIDELITY INFORMATION SERVICES, INC., ET AL. | | | |
| **TO:** | | **TO:** | |
| Name And Address Of Defendant 1<br>Fidelity National Management Services, Inc.<br>c/o The Corporation Trust Company, Registered Agent<br>Corporation Trust Center, 1209 Orange Street<br>Wilmington, DE 19801 | | Name And Address Of Defendant 2 | |

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or the plaintiff's attorney within thirty (30) days after you have been served with the complaint as authorized in the attached order. You may serve your answer by delivering a copy to the plaintiff or the plaintiff's attorney or by mailing a copy to one of them at his/her last known address.

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)<br>William K. Diehl, Jr.<br>James, McElroy & Diehl, P.A.<br>600 S. College Street, Suite 300<br>Charlotte, NC 28202 | Date | Time | ☐ AM ☐ PM |
|---|---|---|---|
| | Signature | | |
| | ☐ Deputy CSC | ☐ Assistant CSC | ☐ Clerk Of Superior Court |

AOC-CV-102, Rev. 3/98
© 1998 Administrative Office of the Courts

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the Order were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
|  | FIDELITY NATIONAL MANAGEMENT SERVICES, INC. |

☐ By delivering to the defendant named above a copy of this Summons and Order.

☐ By leaving a copy of this Summons and Order at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of this Summons and Order to the person named below.

Name And Address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Service Accepted By Defendant

| Date Accepted | Signature |
|---|---|

☐ Other Manner Of Service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of this Summons and Order.

☐ By leaving a copy of this Summons and Order at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of this Summons and Order to the person named below.

Name And Address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Service Accepted By Defendant

| Date Accepted | Signature |
|---|---|

☐ Other Manner Of Service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Date Received | Name Of Sheriff |
|---|---|---|
| Paid By | Date Of Return | County |
|  |  | Deputy Sheriff Making Return |

AOC-CV-102, Side Two, Rev. 3/98
© 1998 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | | File No. 07CVS | |
|---|---|---|---|
| MECKLENBURG County | | Film No. | |

In The General Court Of Justice
☐ District ☒ Superior Court Division

| Name Of Plaintiff | |
|---|---|
| RUTHERFORD CALVIN BRYSON, JR. | **CIVIL SUMMONS TO BE SERVED WITH ORDER EXTENDING TIME TO FILE COMPLAINT** |
| VERSUS | |
| Name Of Defendant(s) | |
| FIDELITY INFORMATION SERVICES, INC., ET AL. | G.S. 1A-1, Rule 4 |

| TO: | TO: |
|---|---|
| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
| FIS Management Services, LLC<br>c/o The Corporation Trust Company, Registered Agent<br>Corporation Trust Center, 1209 Orange Street<br>Wilmington, DE 19801 | |

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or the plaintiff's attorney within thirty (30) days after you have been served with the complaint as authorized in the attached order. You may serve your answer by delivering a copy to the plaintiff or the plaintiff's attorney or by mailing a copy to one of them at his/her last known address.

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff) | Date | Time | ☐ AM ☐ PM |
|---|---|---|---|
| William K. Diehl, Jr.<br>James, McElroy & Diehl, P.A.<br>600 S. College Street, Suite 300<br>Charlotte, NC 28202 | Signature | | |
| | ☐ Deputy CSC | ☐ Assistant CSC | ☐ Clerk Of Superior Court |

AOC-CV-102, Rev. 3/98
© 1998 Administrative Office of the Courts

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the Order were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
|  | FIS MANAGEMENT SERVICES, LLC |

☐ By delivering to the defendant named above a copy of this Summons and Order.

☐ By leaving a copy of this Summons and Order at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of this Summons and Order to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Service Accepted By Defendant

| Date Accepted | Signature |
|---|---|

☐ Other Manner Of Service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of this Summons and Order.

☐ By leaving a copy of this Summons and Order at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of this Summons and Order to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Service Accepted By Defendant

| Date Accepted | Signature |
|---|---|

☐ Other Manner Of Service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ |  |  |
| Paid By | Date Of Return | County |
|  |  | Deputy Sheriff Making Return |

AOC-CV-102, Side Two, Rev. 3/98
©1998 Administrative Office of the Courts

Case 3:07-cv-00156-MR-CH   Document 1-2   Filed 04/09/07   Page 10 of 15

| | |
|---|---|
| **STATE OF NORTH CAROLINA** <br> MECKLENBURG County | File No. 07CVS <br> Film No. |
| | In The General Court Of Justice <br> ☐ District  ☒ Superior Court Division |

| Name Of Plaintiff | |
|---|---|
| RUTHERFORD CALVIN BRYSON, JR. | **CIVIL SUMMONS** <br> **TO BE SERVED WITH** <br> **ORDER EXTENDING** <br> **TIME TO FILE COMPLAINT** <br> G.S. 1A-1, Rule 4 |
| **VERSUS** | |
| Name Of Defendant(s) | |
| FIDELITY INFORMATION SERVICES, INC., ET AL. | |

| TO: | TO: |
|---|---|
| Name And Address Of Defendant 1 <br> Frank R. Sanchez <br> 601 Riverside Avenue <br> Jacksonville, FL 32204 | Name And Address Of Defendant 2 |

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or the plaintiff's attorney within thirty (30) days after you have been served with the complaint as authorized in the attached order. You may serve your answer by delivering a copy to the plaintiff or the plaintiff's attorney or by mailing a copy to one of them at his/her last known address.

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff) | Date | Time | ☒ AM ☐ PM |
|---|---|---|---|
| William K. Diehl, Jr. <br> James, McElroy & Diehl, P.A. <br> 600 S. College Street, Suite 300 <br> Charlotte, NC 28202 | 2/20/07 | 11:52 | |
| | Signature | | |
| | ☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | | |

AOC-CV-102, Rev. 3/98 <br>
© 1998 Administrative Office of the Courts

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the Order were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
|  | FRANK R. SANCHEZ |

☐ By delivering to the defendant named above a copy of this Summons and Order.

☐ By leaving a copy of this Summons and Order at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of this Summons and Order to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Service Accepted By Defendant

| Date Accepted | Signature |
|---|---|

☐ Other Manner Of Service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of this Summons and Order.

☐ By leaving a copy of this Summons and Order at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of this Summons and Order to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Service Accepted By Defendant

| Date Accepted | Signature |
|---|---|

☐ Other Manner Of Service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Date Received | Name Of Sheriff |
|---|---|---|
| Paid By | Date Of Return | County |
|  |  | Deputy Sheriff Making Return |

AOC-CV-102, Side Two, Rev. 3/98
©1998 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County

File No.

Film No.

In The General Court Of Justice
☐ District  ☒ Superior Court Division

**Name Of Plaintiff**
RUTHERFORD CALVIN BRYSON, JR.

VERSUS

**Name Of Defendant(s)**
FIDELITY INFORMATION SERVICES, INC., ET AL.

**CIVIL SUMMONS
TO BE SERVED WITH
ORDER EXTENDING
TIME TO FILE COMPLAINT**

G.S. 1A-1, Rule 4

| TO: | TO: |
|---|---|
| Name And Address Of Defendant 1<br>Greg Byerly<br>10172 Vineyard Lake Road East<br>Jacksonville, FL 32256 | Name And Address Of Defendant 2 |

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or the plaintiff's attorney within thirty (30) days after you have been served with the complaint as authorized in the attached order. You may serve your answer by delivering a copy to the plaintiff or the plaintiff's attorney or by mailing a copy to one of them at his/her last known address.

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)**
William K. Diehl, Jr.
James, McElroy & Diehl, P.A.
600 S. College Street, Suite 300
Charlotte, NC 28202

Date: 2/20/07   Time: 11:52  ☒ AM ☐ PM

Signature

☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

AOC-CV-102, Rev. 3/98
© 1998 Administrative Office of the Courts

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the Order were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
|  | GREG BYERLY |

☐ By delivering to the defendant named above a copy of this Summons and Order.

☐ By leaving a copy of this Summons and Order at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of this Summons and Order to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)



☐ Service Accepted By Defendant

| Date Accepted | Signature |
|---|---|
|  |  |

☐ Other Manner Of Service (specify)



☐ Defendant WAS NOT served for the following reason:



### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|
|  |  |

☐ By delivering to the defendant named above a copy of this Summons and Order.

☐ By leaving a copy of this Summons and Order at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of this Summons and Order to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)



☐ Service Accepted By Defendant

| Date Accepted | Signature |
|---|---|
|  |  |

☐ Other Manner Of Service (specify)



☐ Defendant WAS NOT served for the following reason:



| Service Fee Paid $ | Date Received | Name Of Sheriff |
|---|---|---|
| Paid By | Date Of Return | County |
|  |  | Deputy Sheriff Making Return |

AOC-CV-102, Side Two, Rev. 3/98
©1998 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | File No. 07CVS [illegible] |
|---|---|
| MECKLENBURG County | Film No. |

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| Name Of Plaintiff | |
|---|---|
| RUTHERFORD CALVIN BRYSON, JR. | **CIVIL SUMMONS** |
| **VERSUS** | **TO BE SERVED WITH** |
| Name Of Defendant(s) | **ORDER EXTENDING** |
| FIDELITY INFORMATION SERVICES, INC., ET AL. | **TIME TO FILE COMPLAINT** |
| | G.S. 1A-1, Rule 4 |

| TO: | TO: |
|---|---|
| Name And Address Of Defendant 1<br>Felix Mitchell<br>601 Riverside Avenue<br>Jacksonville, FL 32204 | Name And Address Of Defendant 2 |

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or the plaintiff's attorney within thirty (30) days after you have been served with the complaint as authorized in the attached order. You may serve your answer by delivering a copy to the plaintiff or the plaintiff's attorney or by mailing a copy to one of them at his/her last known address.

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff) | Date 2/20/07 | Time 11:52 | ☒ AM ☐ PM |
|---|---|---|---|
| William K. Diehl, Jr.<br>James, McElroy & Diehl, P.A.<br>600 S. College Street, Suite 300<br>Charlotte, NC 28202 | Signature<br>☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | | |

AOC-CV-102, Rev. 3/98
© 1998 Administrative Office of the Courts

(Over)

Case 3:07-cv-00156-MR-CH   Document 1-2   Filed 04/09/07   Page 14 of 15

## RETURN OF SERVICE

I certify that this Summons and a copy of the Order were received and served as follows:

### DEFENDANT 1

| Date Served | Name Of Defendant |
|---|---|
|  | FELIX MITCHELL |

☐ By delivering to the defendant named above a copy of this Summons and Order.

☐ By leaving a copy of this Summons and Order at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of this Summons and Order to the person named below.

Name And Address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Service Accepted By Defendant

| Date Accepted | Signature |
|---|---|

☐ Other Manner Of Service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Name Of Defendant |
|---|---|

☐ By delivering to the defendant named above a copy of this Summons and Order.

☐ By leaving a copy of this Summons and Order at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of this Summons and Order to the person named below.

Name And Address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Service Accepted By Defendant

| Date Accepted | Signature |
|---|---|

☐ Other Manner Of Service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Date Received | Name Of Sheriff |
|---|---|---|
| Paid By | Date Of Return | County |
|  |  | Deputy Sheriff Making Return |

AOC-CV-102, Side Two, Rev. 3/98
©1998 Administrative Office of the Courts