# EXHIBIT C

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

FILED
2007 FEB 28 PM 4:03
MECKLENBURG COUNTY, C.S.C.

BY_____

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
07 CVS-3344      MAR 0 1 2007

RUTHERFORD CALVIN BRYSON, JR.,

       Plaintiff,

v.

FIDELITY INFORMATION SERVICES, INC.; FIDELITY NATIONAL FINANCIAL, INC.; FIDELITY NATIONAL MANAGEMENT SERVICES, LLC; FIS MANAGEMENT SERVICES, LLC; FRANK R. SANCHEZ; GREG BYERLY; and FELIX MITCHELL,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**AFFIDAVIT OF SERVICE
[FIDELITY INFORMATION SERVICES, INC.]**

I, Jared E. Gardner, being first duly sworn, depose and say that:

1. On February 20, 2007, a copy of a Civil Summons issued against Defendant Fidelity Information Services, Inc., and a copy of the Application and Order to Extend Time to File Complaint ("Application and Order") were deposited with the United States mail, certified mail, return receipt requested for delivery to CT Corporation System, 225 Hillsborough Street, Raleigh, NC 27603, in accordance with Rule 4 of the North Carolina Rules of Civil Procedure.

2. Defendant Fidelity Information Services, Inc., in fact received the Summons and Application and Order on February 23, 2007, as evidenced by the return receipt which is attached and marked Exhibit "A".

3. The original of the United States, certified mail, return receipt requested documentation is attached as "Exhibit A."

4. A copy of the Summons issued by the Clerk against Defendant Fidelity Information Services, Inc., with the Return of Service completed, is attached as "Exhibit B."

Respectfully submitted this the 28th day of February, 2007.

_Jared Gardner_
Jared E. Gardner

Sworn to and subscribed before
me this 28th day of _February_ , 2007.

_Rebecca W. Mathis_
Notary Public
My Commission Expires: _06/24/2011_

REBECCA W. MATHIS
NOTARY PUBLIC
MECKLENBURG COUNTY, N.C.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **AFFIDAVIT OF SERVICE [Fidelity Information Services, Inc.]** has this date been served on Defendants by depositing a copy of same in the United States mail, sufficient postage prepaid, addressed as follows:

Fidelity Information Services, Inc.
c/o CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

Fidelity National Financial, Inc.
c/o the Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Fidelity National Management Services, LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

FIS Management Services, LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Frank R. Sanchez
601 Riverside Avenue
Jacksonville, FL 32204

Greg Byerly
10172 Vineyard Lake Road East
Jacksonville, FL 32256

Felix Mitchell
601 Riverside Avenue
Jacksonville, FL 32204

This 28th day of February, 2007.

**JAMES, McELROY & DIEHL, P.A.**

William K. Diehl, Jr.
   bdiehl@jmdlaw.com
Jared E. Gardner (N.C. Bar No. 28275)
   jgardner@jmdlaw.com
600 South College Street
Suite 3000
Charlotte, NC 28202
Telephone: (704) 372-9870
*Attorneys for Plaintiff*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Holly Frost_  ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name) \| C. Date of Delivery |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| FEB 2 3 2007 | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 3110 0000 5320 4548 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



# STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County

In The General Court Of Justice
☐ District  ☒ Superior Court Division

*Name Of Plaintiff*
RUTHERFORD CALVIN BRYSON, JR.

**CIVIL SUMMONS**
**TO BE SERVED WITH**
**ORDER EXTENDING**
**TIME TO FILE COMPLAINT**

**VERSUS**

*Name Of Defendant(s)*
FIDELITY INFORMATION SERVICES, INC., ET AL.

G.S. 1A-1, Rule 4

| TO: | TO: |
|---|---|
| *Name And Address Of Defendant 1*<br>Fidelity Information Services, Inc.<br>c/o CT Corporation System<br>225 Hillsborough Street<br>Raleigh, North Carolina 27603 | *Name And Address Of Defendant 2* |

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or the plaintiff's attorney within thirty (30) days after you have been served with the complaint as authorized in the attached order. You may serve your answer by delivering a copy to the plaintiff or the plaintiff's attorney or by mailing a copy to one of them at his/her last known address.

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)* | *Date* | *Time* | ☐ AM |
|---|---|---|---|
| William K. Diehl, Jr.<br>James, McElroy & Diehl, P.A.<br>600 S. College Street, Suite 300<br>Charlotte, NC 28202 | | | ☐ PM |
| | *Signature* | | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |



**STATE OF NORTH CAROLINA**

**COUNTY OF MECKLENBURG**

FILED

2007 FEB 28 PM 12:15

MECKLENBURG COUNTY. C.S.C.

BY_____

MAR 0 1 2007

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
07-CVS-3344

RUTHERFORD CALVIN BRYSON, JR.,

        **Plaintiff,**

v.

FIDELITY INFORMATION SERVICES, INC.; FIDELITY NATIONAL FINANCIAL, INC.; FIDELITY NATIONAL MANAGEMENT SERVICES, LLC; FIS MANAGEMENT SERVICES, LLC; FRANK R. SANCHEZ; GREG BYERLY; and FELIX MITCHELL,

        **Defendants.**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**AFFIDAVIT OF SERVICE**
**[FIDELITY NATIONAL FINANCIAL, INC.]**

I, Jared E. Gardner, being first duly sworn, depose and say that:

1. On February 20, 2007, a copy of a Civil Summons issued against Defendant Fidelity National Financial, Inc., and a copy of the Application and Order to Extend Time to File Complaint ("Application and Order") were deposited with the United States mail, certified mail, return receipt requested for delivery to The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801, in accordance with Rule 4 of the North Carolina Rules of Civil Procedure.

2. Defendant Fidelity National Financial, Inc., in fact received the Summons and Application and Order on February 23, 2007, as evidenced by the return receipt which is attached and marked Exhibit "A".

3. The original of the United States, certified mail, return receipt requested documentation is attached as "Exhibit A."

4. A copy of the Summons issued by the Clerk against Defendant Fidelity National Financial, Inc., with the Return of Service completed, is attached as "Exhibit B."

Respectfully submitted this the 28th day of February, 2007.

_Jared Gardner_
Jared E. Gardner

Sworn to and subscribed before
me this 28th day of February, 2007.

_Rebecca H. Mathis_
Notary Public
My Commission Expires: 06/24/2011

REBECCA W. MATHIS
NOTARY PUBLIC
MECKLENBURG COUNTY, N. C.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **AFFIDAVIT OF SERVICE [Fidelity National Financial, Inc.]** has this date been served on Defendants by depositing a copy of same in the United States mail, sufficient postage prepaid, addressed as follows:

Fidelity Information Services, Inc.
c/o CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

Fidelity National Financial, Inc.
c/o the Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Fidelity National Management Services, LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

FIS Management Services, LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Frank R. Sanchez
601 Riverside Avenue
Jacksonville, FL 32204

Greg Byerly
10172 Vineyard Lake Road East
Jacksonville, FL 32256

Felix Mitchell
601 Riverside Avenue
Jacksonville, FL 32204

This 28th day of February, 2007.

**JAMES, McELROY & DIEHL, P.A.**

William K. Diehl, Jr.
bdiehl@jmdlaw.com
Jared E. Gardner (N.C. Bar No. 28275)
jgardner@jmdlaw.com
600 South College Street
Suite 3000
Charlotte, NC 28202
Telephone: (704) 372-9870
*Attorneys for Plaintiff*

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Scott Lieber____  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery  2 8 FEB 2007 |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | FEB 26 2007 *(postmark: NEY SO STA WILMINGTON DE 1981)* |
|  | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7005 3110 0000 5320 4555 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |



EXHIBIT

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County

File No. 07CVS 3244

Film No.

In The General Court Of Justice
☐ District ☒ Superior Court Division

| Name Of Plaintiff | |
|---|---|
| RUTHERFORD CALVIN BRYSON, JR. | **CIVIL SUMMONS** |
| **VERSUS** | **TO BE SERVED WITH** |
| Name Of Defendant(s) | **ORDER EXTENDING** |
| FIDELITY INFORMATION SERVICES, INC., ET AL. | **TIME TO FILE COMPLAINT** |
| | G.S. 1A-1, Rule 4 |

| TO: | TO: |
|---|---|
| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
| Fidelity National Financial, Inc. | |
| c/o The Corporation Trust Company, Registered Agent | |
| Corporation Trust Center, 1209 Orange Street | |
| Wilmington, DE 19801 | |

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or the plaintiff's attorney within thirty (30) days after you have been served with the complaint as authorized in the attached order. You may serve your answer by delivering a copy to the plaintiff or the plaintiff's attorney or by mailing a copy to one of them at his/her last known address.

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff) | Date 2/20/07 | Time 11:52 | ☐ AM ☐ PM |
|---|---|---|---|
| William K. Diehl, Jr. | Signature | | |
| James, McElroy & Diehl, P.A. | | | |
| 600 S. College Street, Suite 300 | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | | |
| Charlotte, NC 28202 | | | |



STATE OF NORTH CAROLINA          IN THE GENERAL COURT OF JUSTICE
                                          SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG                         07-CVS-3344

FILED
2007 FEB 28  PM 4: 19
MECKLENBURG COUNTY, C.S.C.

MAR 0 1 2007

| | | |
|---|---|---|
| RUTHERFORD CALVIN BRYSON, JR., | ) ) ) | |
| **Plaintiff,** | ) ) ) | **AFFIDAVIT OF SERVICE** |
| v. | ) ) | **[FIS MANAGEMENT SERVICES, LLC]** |
| FIDELITY INFORMATION SERVICES, INC.; FIDELITY NATIONAL FINANCIAL, INC.; FIDELITY NATIONAL MANAGEMENT SERVICES, LLC; FIS MANAGEMENT SERVICES, LLC; FRANK R. SANCHEZ; GREG BYERLY; and FELIX MITCHELL, | ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

I, Jared E. Gardner, being first duly sworn, depose and say that:

1. On February 20, 2007, a copy of a Civil Summons issued against Defendant FIS Management Services, LLC, and a copy of the Application and Order to Extend Time to File Complaint ("Application and Order") were deposited with the United States mail, certified mail, return receipt requested for delivery to The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801, in accordance with Rule 4 of the North Carolina Rules of Civil Procedure.

2. Defendant FIS Management Services, LLC, in fact received the Summons and Application and Order to Extend Time to File Complaint ("Application and Order") on February 23, 2007, as evidenced by the return receipt which is attached and marked Exhibit "A".

3. The original of the United States, certified mail, return receipt requested documentation is attached as "Exhibit A."

4. A copy of the Summons issued by the Clerk against Defendant FIS Management Services, LLC, with the Return of Service completed, is attached as "Exhibit B."

Respectfully submitted this the 28th day of February, 2007.

Jared E. Gardner

Sworn to and subscribed before
me this 28th day of February, 2007.

Notary Public
My Commission Expires: 06/24/2011

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **AFFIDAVIT OF SERVICE [FIS Management Services, LLC]** has this date been served on Defendants by depositing a copy of same in the United States mail, sufficient postage prepaid, addressed as follows:

Fidelity Information Services, Inc.
c/o CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

Fidelity National Financial, Inc.
c/o the Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Fidelity National Management Services, LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

FIS Management Services, LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Frank R. Sanchez
601 Riverside Avenue
Jacksonville, FL 32204

Greg Byerly
10172 Vineyard Lake Road East
Jacksonville, FL 32256

Felix Mitchell
601 Riverside Avenue
Jacksonville, FL 32204

This 28th day of February, 2007.

JAMES, McELROY & DIEHL, P.A.

William K. Diehl, Jr.
    bdiehl@jmdlaw.com
Jared E. Gardner (N.C. Bar No. 28275)
    jgardner@jmdlaw.com
600 South College Street
Suite 3000
Charlotte, NC 28202
Telephone: (704) 372-9870
*Attorneys for Plaintiff*

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Scott Siebert_  ☐ Agent  ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery   2 3 FEB 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*

   7005 2570 0001 0561 9246

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



EXHIBIT
A

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

File No. 3314 07CVS

Film No. _____

In The General Court Of Justice
☐ District ☒ Superior Court Division

| Name Of Plaintiff | |
|---|---|
| RUTHERFORD CALVIN BRYSON, JR. | **CIVIL SUMMONS** |
| **VERSUS** | **TO BE SERVED WITH** |
| Name Of Defendant(s) | **ORDER EXTENDING** |
| FIDELITY INFORMATION SERVICES, INC., ET AL. | **TIME TO FILE COMPLAINT** |
| | G.S. 1A-1, Rule 4 |

| TO: | TO: |
|---|---|
| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
| FIS Management Services, LLC | |
| c/o The Corporation Trust Company, Registered Agent | |
| Corporation Trust Center, 1209 Orange Street | |
| Wilmington, DE 19801 | |

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or the plaintiff's attorney within thirty (30) days after you have been served with the complaint as authorized in the attached order. You may serve your answer by delivering a copy to the plaintiff or the plaintiff's attorney or by mailing a copy to one of them at his/her last known address.

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff) | Date | | Time | ☐ AM |
|---|---|---|---|---|
| William K. Diehl, Jr. | | | | ☐ PM |
| James, McElroy & Diehl, P.A. | Signature | | | |
| 600 S. College Street, Suite 300 | | | | |
| Charlotte, NC 28202 | ☐ Deputy CSC | ☐ Assistant CSC | ☒ Clerk Of Superior Court | |

EXHIBIT

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

FILED

2007 MAR -7  AM II: 58

MECKLENBURG COUNTY, C.S.C.

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
07-CVS-3344

RUTHERFORD CALVIN BRYSON, )
JR.,                       )
                           )
            Plaintiff,     )
                           )
v.                         )
                           )
FIDELITY INFORMATION       )
SERVICES, INC.; FIDELITY   )
NATIONAL FINANCIAL, INC.;  )
FIDELITY NATIONAL          )
MANAGEMENT SERVICES, LLC;  )
FIS MANAGEMENT SERVICES,   )
LLC; FRANK R. SANCHEZ; GREG )
BYERLY; and FELIX MITCHELL, )
                           )
            Defendants.     )

AFFIDAVIT OF SERVICE
[FRANK R. SANCHEZ]

I, Jared E. Gardner, being first duly sworn, depose and say that:

1. On February 20, 2007, a copy of a Civil Summons issued against Defendant Frank R. Sanchez, and a copy of the Application and Order to Extend Time to File Complaint ("Application and Order") were deposited with the United States mail, certified mail, restricted delivery to Frank R. Sanchez, return receipt requested for delivery to Frank R. Sanchez, 601 Riverside Avenue, Jacksonville, FL 32204, in accordance with Rule 4 of the North Carolina Rules of Civil Procedure.

2. Defendant Frank R. Sanchez, in fact received the Summons and Application and Order on February 22, 2007, as evidenced by the Track & Confirm printout from the United States Postal Service website which is attached and marked "Exhibit A".

3. A copy of the Summons issued by the Clerk against Defendant Frank R. Sanchez, with the Return of Service completed, is attached as "Exhibit B."

Respectfully submitted this the 7th day of March, 2007.

_Jared Gardner_

Jared E. Gardner

Sworn to and subscribed before
me this 7th day of March, 2007.

_Rebecca F. Mathis_

Notary Public
My Commission Expires: 06/24/2011

REBECCA W. MATHIS
NOTARY
PUBLIC
MECKLENBURG COUNTY, N.C.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **AFFIDAVIT OF SERVICE [FRANK R. SANCHEZ]** has this date been served on Defendants by depositing a copy of same in the United States mail, sufficient postage prepaid, addressed as follows:

Fidelity Information Services, Inc.
c/o CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

Fidelity National Financial, Inc.
c/o the Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Fidelity National Management Services, LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

FIS Management Services, LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Frank R. Sanchez
601 Riverside Avenue
Jacksonville, FL 32204

Greg Byerly
10172 Vineyard Lake Road East
Jacksonville, FL 32256

Felix Mitchell
601 Riverside Avenue
Jacksonville, FL 32204

This 7th day of March, 2007.

**JAMES, McELROY & DIEHL, P.A.**

William K. Diehl, Jr. (N.C. Bar No. 1187)
    bdiehl@jmdlaw.com
Jared E. Gardner (N.C. Bar No. 28275)
    jgardner@jmdlaw.com
600 South College Street
Suite 3000
Charlotte, NC 28202
Telephone: (704) 372-9870
*Attorneys for Plaintiff*

 UNITED STATES
POSTAL SERVICE®

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 3110 0000 5321 2512
Detailed Results:

- **Delivered, February 22, 2007, 9:39 am, JACKSONVILLE, FL 32204**
- **Arrival at Unit, February 22, 2007, 8:04 am, JACKSONVILLE, FL 32205**

( < Back )                    ( Return to USPS.com Home > )

---

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

 POSTAL INSPECTORS        site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

File No. 344
07CVS

Film No.

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| Name Of Plaintiff | |
| --- | --- |
| RUTHERFORD CALVIN BRYSON, JR. | **CIVIL SUMMONS** |
| **VERSUS** | **TO BE SERVED WITH** |
| Name Of Defendant(s) | **ORDER EXTENDING** |
| FIDELITY INFORMATION SERVICES, INC., ET AL. | **TIME TO FILE COMPLAINT** |
| | G.S. 1A-1, Rule 4 |

| TO: | TO: |
| --- | --- |
| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
| Felix Mitchell | |
| 601 Riverside Avenue | |
| Jacksonville, FL 32204 | |

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or the plaintiff's attorney within thirty (30) days after you have been served with the complaint as authorized in the attached order. You may serve your answer by delivering a copy to the plaintiff or the plaintiff's attorney or by mailing a copy to one of them at his/her last known address.

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff) | Date | Time | ☐ AM |
| --- | --- | --- | --- |
| William K. Diehl, Jr. | 2/20/07 | 11:52 | ☐ PM |
| James, McElroy & Diehl, P.A. | Signature | | |
| 600 S. College Street, Suite 300 | | | |
| Charlotte, NC 28202 | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court |



EXHIBIT
6

AOC-CV-102, Rev. 3/98
© 1998 Administrative Office of the Courts

(Over)

STATE OF NORTH CAROLINA          IN THE GENERAL COURT OF JUSTICE
                                 SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG                    07-CVS-3344

RUTHERFORD CALVIN BRYSON,        )
JR.,                             )
                                 )
          **Plaintiff,**         )
                                 )          **AFFIDAVIT OF SERVICE**
**v.**                           )          **[GREG BYERLY]**
                                 )
FIDELITY INFORMATION             )
SERVICES, INC.; FIDELITY         )
NATIONAL FINANCIAL, INC.;        )
FIDELITY NATIONAL                )
MANAGEMENT SERVICES, LLC;        )
FIS MANAGEMENT SERVICES,         )
LLC; FRANK R. SANCHEZ; GREG      )
BYERLY; and FELIX MITCHELL,      )
                                 )
          **Defendants.**        )
_____  )

I, Jared E. Gardner, being first duly sworn, depose and say that:

1. On February 20, 2007, a copy of a Civil Summons issued against Defendant Greg Byerly, and a copy of the Application and Order to Extend Time to File Complaint ("Application and Order") were deposited with the United States mail, certified mail, return receipt requested for delivery to Greg Byerly, 10172 Vineyard Lake Road East, Jacksonville, FL 32256, in accordance with Rule 4 of the North Carolina Rules of Civil Procedure.

2. Defendant Greg Byerly, in fact received the Summons and Application and Order on February 22, 2007, as evidenced by the return receipt which is attached and marked Exhibit "A".

3. The original of the United States, certified mail, return receipt requested documentation is attached as "Exhibit A."

4. A copy of the Summons issued by the Clerk against Defendant Greg Byerly, with the Return of Service completed, is attached as "Exhibit B."

Respectfully submitted this the 28th day of February, 2007.

_____
Jared E. Gardner

Sworn to and subscribed before
me this 28th day of February, 2007.

_____
Notary Public
My Commission Expires: 06/24/2011



## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **AFFIDAVIT OF SERVICE [Greg Byerly]** has this date been served on Defendants by depositing a copy of same in the United States mail, sufficient postage prepaid, addressed as follows:

Fidelity Information Services, Inc.
c/o CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

Fidelity National Financial, Inc.
c/o the Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Fidelity National Management Services, LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

FIS Management Services, LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Frank R. Sanchez
601 Riverside Avenue
Jacksonville, FL 32204

Greg Byerly
10172 Vineyard Lake Road East
Jacksonville, FL 32256

Felix Mitchell
601 Riverside Avenue
Jacksonville, FL 32204

This 28th day of February, 2007.

**JAMES, McELROY & DIEHL, P.A.**

William K. Diehl, Jr.
   bdiehl@jmdlaw.com
Jared E. Gardner (N.C. Bar No. 28275)
   jgardner@jmdlaw.com
600 South College Street
Suite 3000
Charlotte, NC 28202
Telephone: (704) 372-9870
*Attorneys for Plaintiff*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*   7006 2760 0002 8183 8349

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



EXHIBIT

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7006 2760 0002 8183 8349

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



EXHIBIT
A

# STATE OF NORTH CAROLINA

MECKLENBURG County

33/4

In The General Court Of Justice
☐ District  ☒ Superior Court Division

**Name Of Plaintiff**
RUTHERFORD CALVIN BRYSON, JR.

**VERSUS**

**Name Of Defendant(s)**
FIDELITY INFORMATION SERVICES, INC., ET AL.

**CIVIL SUMMONS
TO BE SERVED WITH
ORDER EXTENDING
TIME TO FILE COMPLAINT**

G.S. 1A-1, Rule 4

| TO: | TO: |
|---|---|
| **Name And Address Of Defendant 1** | **Name And Address Of Defendant 2** |
| Greg Byerly | |
| 10172 Vineyard Lake Road East | |
| Jacksonville, FL 32256 | |

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or the plaintiff's attorney within thirty (30) days after you have been served with the complaint as authorized in the attached order. You may serve your answer by delivering a copy to the plaintiff or the plaintiff's attorney or by mailing a copy to one of them at his/her last known address.

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff) | Date | Time | ☐ AM ☐ PM |
|---|---|---|---|
| William K. Diehl, Jr. | Signature | | |
| James, McElroy & Diehl, P.A. | | | |
| 600 S. College Street, Suite 300 | | | |
| Charlotte, NC 28202 | ☑ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |



EXHIBIT
2

FILED

2007 MAR -8 PM 12: 02

MECKLENBURG COUNTY, C.S.C.

BY_____

MAR 0 9 2007

**STATE OF NORTH CAROLINA**

**COUNTY OF MECKLENBURG**

**IN THE GENERAL COURT OF JUSTICE**

**SUPERIOR COURT DIVISION**

**07-CVS-3344**

| | |
|---|---|
| RUTHERFORD CALVIN BRYSON, JR., )<br><br>        **Plaintiff,** )<br><br>v. )<br><br>FIDELITY INFORMATION )<br>SERVICES, INC.; FIDELITY )<br>NATIONAL FINANCIAL, INC.; )<br>FIDELITY NATIONAL )<br>MANAGEMENT SERVICES, LLC; )<br>FIS MANAGEMENT SERVICES, )<br>LLC; FRANK R. SANCHEZ; GREG )<br>BYERLY; and FELIX MITCHELL, )<br><br>        **Defendants.** )| **AFFIDAVIT OF SERVICE**<br>**[FELIX MITCHELL]** |

I, Jeffrey A. Long, being first duly sworn, depose and say that:

    1. On February 20, 2007, a copy of a Civil Summons issued against Defendant Felix Mitchell, and a copy of the Application and Order to Extend Time to File Complaint ("Application and Order") were deposited with the United States mail, certified mail, restricted delivery to Felix Mitchell, return receipt requested for delivery to Felix Mitchell, 601 Riverside Avenue, Jacksonville, FL 32204, in accordance with Rule 4 of the North Carolina Rules of Civil Procedure.

    2. Defendant Felix Mitchell, in fact received the Summons and Application and Order on February 22, 2007, as evidenced by the Track & Confirm printout from the United States Postal Service website which is attached and marked "Exhibit A".

3. A copy of the Summons issued by the Clerk against Defendant Felix Mitchell, with the Return of Service completed, is attached as "Exhibit B."

Respectfully submitted this the 7th day of March, 2007.

_____
Jeffrey A. Long

Sworn to and subscribed before
me this 7th day of March, 2007.

_____
Notary Public
My Commission Expires: 06/24/2011





## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **AFFIDAVIT OF SERVICE [FELIX MITCHELL]** has this date been served on Defendants by depositing a copy of same in the United States mail, sufficient postage prepaid, addressed as follows:

Fidelity Information Services, Inc.
c/o CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

Fidelity National Financial, Inc.
c/o the Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Fidelity Nat'l Management Services, LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

FIS Management Services, LLC
c/o The Corporation Trust Company, as Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Frank R. Sanchez
601 Riverside Avenue
Jacksonville, FL 32204

Greg Byerly
10172 Vineyard Lake Road East
Jacksonville, FL 32256

Felix Mitchell
601 Riverside Avenue
Jacksonville, FL 32204

This 7th day of March, 2007.

**JAMES, McELROY & DIEHL, P.A.**

William K. Diehl, Jr. (N.C. Bar No. 1187)
    bdiehl@jmdlaw.com
Jared E. Gardner (N.C. Bar No. 28275)
    jgardner@jmdlaw.com
Jeffrey A. Long
    jefflong@jmdlaw.com
600 South College Street
Suite 3000
Charlotte, NC 28202
Telephone: (704) 372-9870
*Attorneys for Plaintiff*


**UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 3110 0000 5321 2512
Detailed Results:

- **Delivered, February 22, 2007, 9:39 am, JACKSONVILLE, FL 32204**
- **Arrival at Unit, February 22, 2007, 8:04 am, JACKSONVILLE, FL 32205**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

_____

( Go > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )


POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy




EXHIBIT

A

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County

File No. 07CVS

Film No.

In The General Court Of Justice
☐ District  ☒ Superior Court Division

Name Of Plaintiff

RUTHERFORD CALVIN BRYSON, JR.

**VERSUS**

Name Of Defendant(s)

FIDELITY INFORMATION SERVICES, INC., ET AL.

**CIVIL SUMMONS
TO BE SERVED WITH
ORDER EXTENDING
TIME TO FILE COMPLAINT**

G.S. 1A-1, Rule 4

TO:

Name And Address Of Defendant 1

Felix Mitchell
601 Riverside Avenue
Jacksonville, FL 32204

TO:

Name And Address Of Defendant 2

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or the plaintiff's attorney within thirty (30) days after you have been served with the complaint as authorized in the attached order. You may serve your answer by delivering a copy to the plaintiff or the plaintiff's attorney or by mailing a copy to one of them at his/her last known address.

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)

William K. Diehl, Jr.
James, McElroy & Diehl, P.A.
600 S. College Street, Suite 300
Charlotte, NC 28202

Date

Time  ☐ AM  ☐ PM

Signature

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court



AOC-CV-102, Rev. 3/98
© 1998 Administrative Office of the Courts

(Over)