# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

**RUTHERFORD CALVIN BRYSON, JR.,**

       **Plaintiff,**

v.

**FIDELITY INFORMATION SERVICES, INC.; FIDELITY NATIONAL FINANCIAL, INC.; FIDELITY NATIONAL MANAGEMENT SERVICES, LLC; FIS MANAGEMENT SERVICES, LLC; FRANK R. SANCHEZ; FIDELITY INFORMATION SERVICES, INC.; and FELIX MITCHELL,**

       **Defendants.**

Civil Action No. 3:07-cv-00156

**CONSENT ORDER EXTENDING DEADLINES**

The parties' Joint Motion to Extend Deadlines is allowed. The following due dates and deadlines set forth in the parties' Joint Federal Rule of Civil Procedure 26(f) Proposed Discovery Plan (Document 10) are modified as follows:

    **3.**     **Discovery Plan.**

        b.     All discovery commenced in time to be completed by Friday, June 6, 2008.

        f.     Reports from retained experts under Rule 26(a)(2) are due from plaintiff by Monday, March 17, 2008, and from defendants by Thursday, April 17, 2008.

    **4.**     **Other items.**

        c.     All potentially dispositive motions should be filed by Monday, June 30, 2008.

    **SO ORDERED**.

Signed: October 12, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge